# United States Court of Appeals
## For the First Circuit

No. 25-2205

FUSEINI SEIDU,

Petitioner - Appellee,

v.

ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; PATRICIA H. HYDE, Field Office Director; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, U.S. Secretary of Homeland Security,

Respondents - Appellants.

**JUDGMENT**

Entered: March 11, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Stephen McCall Born
Donald Campbell Lockhart
Rayford A. Farquhar
Abraham R. George
Anuj K. Khetarpal